```
                                    Priority  ✓
                                    Send      ✓
                                    Enter     ✓
                                    Closed    ___
                                    JS-5/JS-6 ___
                                    JS-2/JS-3 ___
                                    Scan Only ___
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| CHARLES MOORE, | ) | No. CV 07-06595-GHK (VBK) |
| Petitioner, | ) | ORDER (1) ACCEPTING AND ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE, AND (2) DISMISSING THE PETITION FOR WRIT OF HABEAS CORPUS |
| v. | ) | |
| K. COMAITES, | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. §636, the Court has made a _de novo_ review of the Petition for Writ of Habeas Corpus ("Petition"), Respondent's Motion to Dismiss, Petitioner's Opposition, all of the records herein and the Report and Recommendation of the United States Magistrate Judge ("Report").

//
//
//
//
//
//
//

**IT IS ORDERED** that:

(1) the Court accepts and adopts the Report and Recommendation with following changes: p. 3, line 1: "11 should be "1" and p. 5, line 27: "11" should be "1;" (2) Respondent's Motion to Dismiss is granted; and (3) Judgment be entered denying and dismissing the Petition with prejudice.

DATED: 4/20/08

GEORGE H. KING
UNITED STATES DISTRICT JUDGE