Priority ✓
Send ✓
Enter ✓
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CHARLES MOORE, | No. CV 07-06595-GHK (VBK) |
| Petitioner, | JUDGMENT |
| v. | |
| K. COMAITES, | |
| Respondent. | |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") with prejudice,

**IT IS ADJUDGED** that Respondent's Motion to Dismiss is granted and Judgment be entered denying and dismissing the Petition with prejudice.

DATED: 4/20/08

GEORGE H. KING
UNITED STATES DISTRICT JUDGE